**THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

Strand Classics Restorations, Appellant,

v.

Frank Emiliano, Respondent.

Appellate Case No. 2016-001409

---

Appeal From Georgetown County
Kristi Lea Harrington, Circuit Court Judge

---

Unpublished Opinion No. 2018-UP-171
Submitted March 1, 2018 – Filed May 2, 2018

---

**AFFIRMED**

---

Raymond Carl Fischer and William Stuart Duncan, of Georgetown, for Appellant.

Frank Emiliano, of Coral Springs, Florida, pro se.

---

**PER CURIAM:**  Affirmed pursuant to Rule 220(b), SCACR, and the following authority: *Indigo Assocs. v. Ryan Inv. Co.*, 314 S.C. 519, 523, 431 S.E.2d 271, 273 (Ct. App. 1993) ("The circuit court, acting as an appellate court in a case heard by the magistrate, cannot consider questions that have not been presented to the magistrate.").

**AFFIRMED.**[1]

**SHORT, THOMAS, and HILL, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.